# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | No. 3:18cr101 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **LINDA FERRIS,** | : | |
|       **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this 17th day of October 2018, upon consideration of Defendant Linda Ferris's motion to dismiss the indictment for violation of the Speedy Trial Act, (Doc. 13), it is **HEREBY ORDERED** that the motion is **GRANTED**. The indictment in this case **is DISMISSED WITH PREJUDICE**.

                                            **BY THE COURT:**

                                            **s/ James M. Munley**_____
                                            **JUDGE JAMES M. MUNLEY**
                                            **United States District Judge**