# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:18cr101 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| LINDA FERRIS, | : | |
|       Defendant | : | |

## ORDER

**AND NOW**, to wit, this 26th day of November 2018, the government's motion for reconsideration (Doc. 29) is hereby **DENIED**.

                                        **BY THE COURT:**

                                        **s/ James M. Munley**
                                        **JUDGE JAMES M. MUNLEY**
                                        **United States District Judge**